UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Annette Williams and all others similarly situated, | Case No. 20-CV-1303 (DSD/BRT) |
| Plaintiffs, | |
| v. | MOTION TO DISMISS BY DEFENDANT CITY OF MINNEAPOLIS |
| the City of Minneapolis, Officers John Doe 1-100, | |
| Defendants. | |

Defendant City of Minneapolis (hereinafter "City") hereby moves the Court pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing the class allegations in Plaintiff's Complaint and entirely dismissing the City as a party to this lawsuit.  This Motion is made upon all the files, records and proceedings herein, including arguments of counsel at a hearing to be scheduled by the Court.

Dated: November 19, 2020        JAMES R. ROWADER, JR.
                                City Attorney
                                By */s Sharda Enslin*
                                KRISTIN R. SARFF (0388003)
                                SHARDA ENSLIN (0389370)
                                HEATHER P. ROBERTSON (0390470)
                                Assistant City Attorneys
                                350 South Fifth Street, Room 210
                                Minneapolis, MN 55415
                                (612) 673-3919
                                (612) 673-2180
                                (612) 673-3949
                                kristin.sarff@minneapolismn.gov
                                sharda.enslin@minneapolismn.gov
                                heather.robertson@minneapolismn.gov

                                *Attorneys for Defendant*
                                *City of Minneapolis*