UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Annette Williams and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>the City of Minneapolis, Officers John Doe 1-100,<br><br>        Defendants. | Case No. 20-CV-1303 (DSD/BRT)<br><br>**[PROPOSED] ORDER GRANTING THE MOTION TO DISMISS BY DEFENDANT CITY OF MINNEAPOLIS** |

The above-entitled matter came before the Honorable David S. Doty, Senior United States District Judge for the District of Minnesota, at a hearing on the Rule 12 Motion to Dismiss brought by Defendant City of Minneapolis.  Kristin R. Sarff, Sharda Enslin and Heather P. Robertson appeared on behalf of the moving Defendant.  David J.S. Madgett appeared on behalf of the Plaintiff and the Class.

The Court, having heard the arguments of counsel and based upon all the files, records, and proceedings herein, makes the following:

## ORDER

The Defendant's Motion to Dismiss is granted in all respects. Defendant City of Minneapolis is dismissed entirely from this suit with prejudice. The class allegations are dismissed in their entirety and Plaintiff does not have standing to pursue injunctive or declaratory relief.

Dated: _____, 2020       _____
                                      DAVID S. DOTY
                                      Senior Judge
                                      United States District Court