UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Annette Williams and all others similarly situated, | Court File No. 20-CV-1303 (DSD/BRT) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| The City of Minneapolis, Officers John Doe 1-100, | |
| Defendants. | |

The above-captioned matter came before the Court on the parties' Stipulation of Dismissal (ECF Doc. No. 25). Based upon the Parties' Stipulation, the Court hereby orders the case dismissed with prejudice and without costs or fees to any party.

Dated: September 15, 2021

s/David S. Doty
David S. Doty, Judge
United States District Court